**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

CHARLES A. WINSTON                                                                                  PLAINTIFF
ADC #84733

V.                                         NO: 2:12CV00084 JMM/HDY

MARCUS I. ETHERLY *et al.*                                                                      DEFENDANTS

## ORDER

On July 23, 2012, Plaintiff filed a notice in which he appears to indicate that he erroneously filed in another case documents he intended to file in this case. If Plaintiff wishes to file the documents in this case, he should resubmit them with the appropriate case number.

IT IS SO ORDERED this   25   day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE