IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CHARLES A. WINSTON                                                                              PLAINTIFF
ADC #84733

V.                                              NO: 2:12CV00084 JMM

MARCUS I. ETHERLY *et al.*                                                               DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice with respect to Plaintiff's claims against Defendant Marcus I. Etherly, and without prejudice in all other respects; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 1st day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE